In the Matter of the Probate of the Will of ANTHONY HERMANOWSKI, Deceased.

BOLESLAUS HERMANOWSKI et al., Appellants; VINCENTA GODLEWSKI, Respondent.

Argued November 28, 1938; decided January 3, 1939.

728

Charles H. Kelby, Joseph G. Blum, Jacob Jolles, Charles Doyle, Thaddeus Olszewski and Joseph H. Stein for appellants.

William F. Bleakley, Leo G. Fritz and Edward A. Fay for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: FINCH and RIPPEY, JJ.